Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 310
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAURIE HALE, | ) |
| | ) Case No. 2:19-cv-02465 |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| – vs – | ) **DISMISSAL** |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, acting through counsel, hereby gives notice that the above captioned action is voluntarily dismissed WITH PREJUDICE against the Defendant GC Services, LP, pursuant to a negotiated settlement executed between the parties.

RESPECTFULLY SUBMITTED,

Dated: April 24, 2019  By:*Jeremy E. Branch*
Jeremy E. Branch
Attorney for Plaintiff

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2019 a copy of this Notice of Settlement was served via U.S. mail on:

GC Services, LP
6330 Gulfton
Houston, Harris County, TX 77081

By: *Jeremy E. Branch*
Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 310
Corona, CA 92880
Telephone: (866) 329-9217